```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 14311
   BETTY J WEBSTER
   THOMAS C WEBSTER                              CHAPTER 13

                                                 JUDGE: JACK B SCHMETTERER

         Debtor
  SSN XXX-XX-9022    SSN XXX-XX-2889

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 11/02/2006 and was confirmed 01/24/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 05/07/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID           PAID
-------------------------------------------------------------------------------
CITI RESIDENTIAL LENDING  CURRENT MORTG           .00             .00            .00
CITI RESIDENTIAL LENDING  MORTGAGE ARRE       7747.09             .00        1483.28
CHASE AUTO FINANCE        SECURED VEHIC       8069.95          741.14        1919.34
INTERNAL REVENUE SERVICE  PRIORITY          NOT FILED             .00            .00
INTERNAL REVENUE SERVICE  PRIORITY          NOT FILED             .00            .00
INTERNAL REVENUE SERVICE  PRIORITY            3580.46             .00            .00
INTERNAL REVENUE SERVICE  PRIORITY          NOT FILED             .00            .00
ASSOCIATED RECOVERY SYST  UNSECURED         NOT FILED             .00            .00
CBE GROUP                 UNSECURED         NOT FILED             .00            .00
CERTEGY PAYMENT RECOVERY  UNSECURED         NOT FILED             .00            .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED             .00            .00
CHECK PLUS SYSTEMS LP     UNSECURED         NOT FILED             .00            .00
DIRECT LOAN SERVICING SY  UNSECURED               .00             .00            .00
PREMIER BANKCARD          UNSECURED            447.40             .00            .00
ILLINOIS TITLE LOANS      UNSECURED         NOT FILED             .00            .00
LEADING EDGE RECOVERY     UNSECURED         NOT FILED             .00            .00
NICOR GAS                 UNSECURED           1342.84             .00            .00
ROSSMAN & CO              UNSECURED         NOT FILED             .00            .00
TRS                       UNSECURED         NOT FILED             .00            .00
TRUE LOGIC FINANCIAL COR  UNSECURED         NOT FILED             .00            .00
USA PAYDAY LOANS          UNSECURED         NOT FILED             .00            .00
CAPITAL ONE               UNSECURED               .00             .00            .00
CAPITAL ONE               UNSECURED               .00             .00            .00
CITY OF MARKHAM           UNSECURED         NOT FILED             .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED               .00             .00            .00
INTERNAL REVENUE SERVICE  UNSECURED           1885.52             .00            .00
URBAN & BURT LTD          DEBTOR ATTY            .00                             .00
TOM VAUGHN                TRUSTEE                                             281.24
DEBTOR REFUND             REFUND                                                 .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 14311 BETTY J WEBSTER & THOMAS C WEBSTER
```

```
                              RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       4,425.00

PRIORITY                                                    .00
SECURED                                                3,402.62
    INTEREST                                             741.14
UNSECURED                                                   .00
ADMINISTRATIVE                                              .00
TRUSTEE COMPENSATION                                     281.24
DEBTOR REFUND                                               .00
                          ---------------       ---------------
TOTALS                        4,425.00               4,425.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 08/26/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 06 B 14311 BETTY J WEBSTER & THOMAS C WEBSTER